[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-12814

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 24, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 00-01334-MD-FAM

M.D. LEONARD J. KLAY, et al.,

Plaintiffs, et al.,

JEFFREY NORDELLA, M.D.,

Plaintiff-Appellant,

versus

ALL DEFENDANTS, et al,

Defendants,

BLUE CROSS AND BLUE SHIELD OF CALIFORNIA,
WELLPOINT HEALTH NETWORKS, INC.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(April 24, 2009)

Before BIRCH, DUBINA and WILSON, Circuit Judges.

PER CURIAM:

Having reviewed the record and briefs of the parties and having heard oral argument by the parties, we AFFIRM the judgment of the district court based upon the well-reasoned Report and Recommendation of the magistrate judge, issued on 4 May 2006 and adopted by the district court on 21 August 2008.

**AFFIRMED.**